■ Gus Schad, Respondent-Appellant, v State of New York, Appellant-Respondent. (Claim No. 88522.) [685 NYS2d 627] —Appeals by the defendant and cross appeals by the claimant from two judgments of the Court of Claims (Silverman, J.), dated December 31, 1997, and March 31, 1998, respectively.

Ordered that the judgments are affirmed, without costs or disbursements, for reasons stated by Judge Silverman at the Court of Claims. S. Miller, J. P., Santucci, Krausman and Luciano, JJ., concur.